# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIMI ROSALES,<br>    Plaintiff(s),<br>v.<br>HORACE MANN TEACHERS INSURANCE COMPANY, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-00668-JCM-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Plaintiff filed notice of Rule 26(f) conference. Docket No. 9. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

   IT IS SO ORDERED.

   Dated: May 6, 2020

                                                                  _____
                                                                  Nancy J. Koppe
                                                                  United States Magistrate Judge

1