# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIMI ROSALES,<br><br>    Plaintiff(s),<br><br>v.<br><br>HORACE MANN TEACHERS INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:20-cv-00668-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 20] |

Pending before the Court is a stipulation to extend the discovery cutoff by one week for the limited purpose of conducting the deposition of Plaintiff's investigator. Docket No. 20. The circumstances are not ideal. *See id.* at 3. As a one-time courtesy to the parties, however, the Court will **GRANT** the stipulation. The discovery cutoff is extended for the purposes of this deposition only to February 12, 2021. All other deadlines in the scheduling order, including the deadline for dispositive motions, remain unchanged.

IT IS SO ORDERED.

Dated: February 5, 2021

                                                                                         Nancy J. Koppe
                                                                                        United States Magistrate Judge