# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MIMI ROSALES,

    Plaintiff(s),

v.

HORACE MANN TEACHERS INSURANCE COMPANY, et al.,

    Defendant(s).

Case No.: 2:20-cv-00668-JCM-NJK

**Order**

[Docket No. 22]

Pending before the Court is a notice of a discovery objection. Docket No. 22. As already observed in this case, "[d]iscovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court." Docket No. 10 (citing Local Rule 26-8; Fed. R. Civ. P. 5(d)(1)). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and again instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: February 11, 2021

                                              Nancy J. Koppe
                                              United States Magistrate Judge

1